# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDMOND WALLEY,<br><br>        Plaintiff/Cross-Defendant,<br><br>        v.<br><br>MECHANICS BANK,<br><br>        Defendant/Cross-Claimant. | Case No. CV 21-9227-DMG (AGRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's unopposed motion to confirm arbitration award, filed June 20, 2024,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Mechanics Bank, and against Plaintiff Redmond Walley.

DATED: June 20, 2024

*Dolly M. Gee*
_____
DOLLY M. GEE
Chief United States District Judge

-1-